## MILLER v. VIRGINIA.

No. 196, Misc.   Decided April 4, 1966.

Appellant *pro se.*

*Reno S. Harp III,* Assistant Attorney General of Virginia, for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that in treating the papers as a petition for a writ of certiorari, certiorari should be granted.

## DRUM ET AL. v. SEAWELL, CHAIRMAN OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL.

No. 1128.   Decided April 4, 1966.

*Louis Rabil* and *Robinson O. Everett* for appellants.

*T. Wade Bruton,* Attorney General of North Carolina, *James F. Bullock,* Assistant Attorney General, and *Thomas L. Young* for appellees.

PER CURIAM.

The motion to advance and expedite consideration is granted.   The judgment is affirmed.